Argued April 16, 1980. Patrick J. Rega, for appellant; Fred J. Sentner, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and CAVANAUGH, BROSKY, WICKERSHAM, MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

The order of the court below is affirmed.

428 A.2d 686

Commonwealth v. Wilson, F., Appellant.

 December 6, 1979. Elaine DeMasse, Deputy Chief, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgments of sentence affirmed.

428 A.2d 686

Commonwealth v. Wilson, R., Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

608

Submitted March 6, 1980. John D. Flinchbaugh, Assistant Public Defender, for appellant; Floyd P. Jones, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.

428 A.2d 687

Commonwealth v. Zarsycki, Appellant.

Submitted December 6, 1979. James F. Marsh, District Attorney, for appellant; John J. Zettlemoyer, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

WICKERSHAM, J., filed a memorandum dissenting opinion.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.